S. A. MOSER, JR., BY HIS NEXT FRIEND, S. A. MOSER, SR., v. NEIL W. JONES AND WILMA J. JONES, TRADING AS JONES AUTOMOTIVE COMPANY.

(Filed 14 December, 1949.)

APPEAL by plaintiff from *Phillips, J.,* August Term, 1949, GUILFORD.

Civil action to recover damages for personal injuries suffered by plaintiff while operating an electric saw.

From judgment of nonsuit plaintiff appealed.

*Frazier & Frazier and J. A. Cannon, Jr., for plaintiff appellant.*

*McNairy & Harris and Smith, Wharton, Sapp & Moore for defendant appellees.*

PER CURIAM. The court below was of the opinion that the evidence offered by plaintiff is insufficient to make out a case for the jury. In that conclusion we concur. Therefore, the judgment entered is

Affirmed.